**SO ORDERED.**

**SIGNED this 17 day of July, 2019.**

_Stephani W. Humrickhouse_
**Stephani W. Humrickhouse**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# WILMINGTON DIVISION

IN RE:                                                    CASE NUMBER:  19-01162-5-SWH
**JAMES C RICHARDSON**
**305 ARBORFIELD DR**
**RANDLEMAN, NC  27317**

       **DEBTOR**                                  **CHAPTER 13**

## ORDER

    THIS CAUSE coming on to be heard, and being heard, before the Bankruptcy Judge upon the Debtor's attorney's objects to the Proof of Claim filed by First National Bank of Pennsylvania ("FNB") on 03/21/2019, Claim #4 in the amount of $129,069.13 in the above captioned case and in support thereof appearing to the Court that good cause exists; and for other good cause shown:

    IT IS NOW, THEREFORE, ORDERED, ADJUDGED AND DECREED the balance owed by Debtor on Claim # 4 to FNB has a balance of NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00).

End of Document